UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER BELER<br><br>Defendant. | Case No. 1:19-cr-415 |

**MR. PETER BELER'S CONSENT MOTION
TO SEAL TRANSCRIPTS OF *SELL* HEARING**

Defendant, Peter Beler, through undersigned counsel, respectfully submits this motion to seal the transcripts of the *Sell* hearing in this matter. The government consents to this motion. In support of this motion, Mr. Beler states the following:

1. This Court conducted a five-day hearing on the government's request to involuntarily medicate Mr. Beler under *Sell v. United States*, 539 U.S. 166 (2003), on August 4, 18, 24, 25, and September 1, 2020.

2. The transcripts from each of the hearing days are noted on the docket at ECF Nos. 78, 82, 83, 84, and 88. The transcripts are not yet available to the public, but are scheduled for public release after 90 days. *Id*.

3. Due to the nature of the proceedings, the transcripts contain a significant amount of Mr. Beler's highly sensitive medical and mental health information.

4. In addition, the transcripts contain detailed discussions of the individually identifiable health information in Mr. Beler's medical records, which is protected under HIPAA.

5. Undersigned counsel conferred with the government, who has no objection to this motion.

6. Given the above, the defense respectfully moves the Court to sign the attached Order placing the transcripts from the *Sell* hearing under seal.

Dated: October 8, 2020

Respectfully submitted,

By */s/ Courtney Forrest*
Courtney R. Forrest (DC Bar Number 996740)
Emily Voshell (DC Bar Number 1029403)
Jonathan Jeffress (DC Bar Number 479074)
KaiserDillon PLLC
1099 14th St. NW, 8th Floor West
Washington, DC 20005
cforrest@kaiserdillon.com
evoshell@kaiserdillon.com
jjeffress@kaiserdillon.com
Telephone: (202) 640-2850
Facsimile: (202) 640-1034

*Counsel for Defendant Peter Beler*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October 2020, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice to all counsel of record.

*/s/ Courtney Forrest*
Courtney Forrest

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**PETER BELER**<br><br>**Defendant.** | **Case No. 1:19-cr-415** |

**[PROPOSED] ORDER**

Upon consideration of Mr. Peter Beler's Motion to Seal Transcripts of *Sell* Hearing, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that, based on the presence of sensitive medical and other protected information in the *Sell* hearing transcripts, the transcripts from August 4, 18, 24, 25 and September 1, 2020, shall be placed under seal and not made available on the public docket.

**SO ORDERED**.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE