UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> PETER BELER <br><br> Defendant. | Case No. 1:19-cr-415 |

## ORDER

Upon consideration of Mr. Peter Beler's Motion to Seal Transcripts of *Sell* Hearing, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that, based on the presence of sensitive medical and other protected information in the *Sell* hearing transcripts, the transcripts from August 4, 18, 24, 25 and September 1, 2020, shall be placed under seal and not made available on the public docket.

**SO ORDERED**.

_____/s/_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE