UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 19-CR-415 |
| : | |
| PETER BELER, : | |
| : | |
| Defendant. : | |

## NOTICE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court in accordance with the Court's January 28, 2021 Minute Order that that it does intend to file a response to the Defendant's supplemental filings (ECF 113) and will do so by January 29, 2021 at noon.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

_/s/_____
Nicholas Miranda
Assistant United States Attorney
D.C. Bar No. 995769
555 4th Street, NW,
Washington, D.C. 20530
Nicholas.miranda@usdoj.gov
(202) 252-7011