# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 19-CR-415 (CKK) |
| PETER BELER, | : |
| Defendant. | : |

## NOTICE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, in accordance with the Court's January 29, 2021 Minute Order requesting notification of whether the government will seek civil commitment of Mr. Beler informs the court as follows:

1. It is the undersigned's understanding based on conversations with members of Mr. Beler's treatment team at FMC Fort Worth that the director of that facility intends to file a certificate with the clerk of the Court in order for Bureau of Prisons (BOP) to inititute proceedings under 18 U.S.C. 4246.

2. The undersigned has separately been in discussions with the Washington D.C. Office of the Attorney General (OAG) as to whether that agency intends to initiate civil commitment proceedings with regard to Mr. Beler pursuant to D.C. Code 21-541 (or any other potentially applicable provisions). The undersigned has been informed by OAG that prior to them making any final determination, Mr. Beler will need to be evaluated by someone at the Washington D.C. Department of Behavioral

Health (DBH). The undersigned has been working with the Director of the Forensic Services Division at DBH as a courtesy to these D.C. authorities to facilitate a video evaluation by DBH so that DBH can make a recommendation to OAG, and that OAG can then make the determination as to whether they will seek civil commitment. It is the undersigned's understanding that these entities believe the video evaluation will likely take place within the next week.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

_/s/_____
Nicholas Miranda
Assistant United States Attorney
D.C. Bar No. 995769
555 4th Street, NW,
Washington, D.C. 20530
Nicholas.miranda@usdoj.gov
(202) 252-7011