# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br>PETER BELER,<br><br>Defendant. | Criminal Action No. 19-415 (CKK) |

**ORDER**
(January 29, 2021)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **DENIES** the government's motion to involuntarily medicate Defendant Peter Beler under *Sell v. United States*, 539 U.S. 166 (2003). Given the competing evidence in the record, which stands in equipoise, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ By or before **10:00 AM ET** on **FEBRUARY 3, 2021**, the government shall indicate ████████████████ or some other form of disposition in this case.

**SO ORDERED**.

**Date**: January 29, 2021

                                                      /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge