## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br>PETER BELER,<br><br>    Defendant. | Criminal Action No. 19-415 (CKK) |

## NOTICE
(February 12, 2021)

The Court hereby provides notice of the attached correspondence from the Bureau of Prison's facility at FMC Fort Worth, pertaining to the possibility of federal civil commitment. *See* 18 U.S.C. § 4246.

**Date**: February 12, 2021

                                     /s/
                          COLLEEN KOLLAR-KOTELLY
                          United States District Judge



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

3150 Horton Road
Fort Worth, TX 76119

February 11, 2021

The Honorable Colleen Kollar-Kotelly
United States District Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

RE: BELER, Peter
Reg. No. 35515-016
Case No.: 19CR415

Dear Judge Kollar-Kotelly:

Peter Beler, Federal Register Number 35515-016, is currently committed to the custody of the Attorney General pursuant to 18 U.S.C. §4241(d)(2)(B). On January 29, 2021, the Court issued an Order denying the government's motion for involuntary medication under *Sell*, finding that Mr. Beler was not currently competent to stand trial and there was not a substantial probability that Mr. Beler would regain competency within a reasonable period.

On February 11, 2021, the Bureau of Prisons convened a risk panel to determine whether Mr. Beler should be formally evaluated via the provisions of 18 U.S.C. §4247(b) for a dangerousness civil commitment pursuant to 18 U.S.C. §4246(a). The risk panel reviewed Mr. Beler's relevant medical and BOP records, and available past and current mental health information. At this time, the BOP will not be conducting a dangerousness evaluation under 18 U.S.C. §4247 and the BOP will not be pursuing a certificate of dangerousness under 18 U.S.C. §4246 for Mr. Beler.

The United States Marshal Service has been notified that Mr. Beler is ready to be transported back to your district.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

*[signature]*

Eric D. Wilson, Warden
FMC Fort Worth