# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 19-CR-415 (CKK) |
| PETER BELER, | : | |
| Defendant. | : | |

## NOTICE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, in accordance with the Court's February 3, 2021 Minute Order requesting an update regarding whether the government will seek civil commitment of Mr. Beler informs the court as follows:

1. As the Court is aware, the Warden of FMC Forth Worth filed a letter with the Court dated February 11, 2021 stating that the facility convened a risk panel regarding Mr. Beler, and thereafter determined that they will not be conducting a dangerousness evaluation under 18 U.S.C. 4247 or seeking commitment under 18 U.S.C. 4246. The government believes that this terminates the current possibility of Mr. Beler's commitment under 18 U.S.C. 4246.

2. As a result of the foregoing, the government has joined in defense counsel's February 12, 2021 request that Mr. Beler be transferred back to the District of Columbia.

3. It is the undersigned understanding that the Washington D.C. Office of the Attorney General (OAG) is determining whether to initiate civil commitment proceedings with regard to Mr. Beler pursuant to D.C. Code 21-541 (or any other potentially applicable provisions), but that it will first necessitate additional evaluation of Mr. Beler by the Washington D.C. Department of Behavioral Health (DBH). The undersigned spoke with the Director of the Forensic Services Division of DBH again this morning, and understands the time and place of this evaluation will depend, in part, upon whether and when Mr. Beler is transferred back to Washington D.C.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        ACTING UNITED STATES ATTORNEY

        _/s/_____
        Nicholas Miranda
        Assistant United States Attorney
        D.C. Bar No. 995769
        555 4th Street, NW,
        Washington, D.C. 20530
        Nicholas.miranda@usdoj.gov
        (202) 252-7011