# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

   v.

PETER BELER,

      Defendant.

Criminal Action No. 19-415 (CKK)

### ORDER
(March 9, 2021)

The Court has received confirmation that the United States Marshals Service successfully transported Defendant Peter Beler from the Federal Medical Center in Fort Worth, Texas to the District of Columbia Jail. In light of Mr. Beler's return to the District of Columbia, the Court **DENIES AS MOOT** Mr. Beler's Emergency Motion for Direct Transport to the District of Columbia. *See* ECF No. 126-2.

It is also hereby **ORDERED** that by or before **March 22, 2021**, the United States shall coordinate with the Washington D.C. Office of the Attorney General ("OAG") to determine whether that office will initiate civil commitment proceedings pursuant to D.C. Code 21-541. Then, by or before **March 29, 2021**, the United States shall file a status report indicating whether the OAG will proceed with civil commitment or, if not, what arrangements will be made for Mr. Beler's release.

    **SO ORDERED**.

**Date**: March 9, 2021

                                            /s/
                                  COLLEEN KOLLAR-KOTELLY
                                  United States District Judge