# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER BELER<br><br>Defendant. | Case No. 1:19-cr-415 |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Release (ECF No. 129), there being no opposition thereto, it is hereby

**ORDERED** that Defendant Peter Beler shall be released from custody on **Friday, March 19, 2021**, following the administration of any medication scheduled for March 18, 2021. Mr. Beler's power of attorney, Mr. John Quinn, shall be present to accompany Mr. Beler upon his release.

**SO ORDERED.**

Date: March 18, 2021

                                                            /s/
                                          The Honorable Colleen Kollar-Kotelly
                                          United States District Judge