**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 19-cr-415 (CKK)** |
| | : | |
| **PETER BELER** | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion to Dismiss the Indictment in this case and the entire record in this case, it is this 25th day of March, 2021;

ORDERED, that the motion is hereby granted pursuant to Fed. R. Crim. P. 48(a), and the indictment is hereby dismissed without prejudice.

_____/s/_____
The Hon.  Colleen Kollar-Kotelly
U.S. District Court Judge